# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN W. WASHINGTON, as next Friend of MAE R. WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.2:17-cv-855-MHT-TFM [wo] |
| BIO-MEDICAL APPLICATIONS OF ALABAMA, INC., a foreign Corporation, | ) ) ) ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of Defendant's Motion to Seal (Doc. 19, filed January 22, 2018), and for good cause shown, it is

ORDERED that the Motion (Doc. 19) be and hereby is GRANTED.

DONE this 31st day of January, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE