IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN W. WASHINGTON, as next Friend of MAE R. WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.2:17-cv-855-MHT-TFM [wo] |
| BIO-MEDICAL APPLICATIONS OF ALABAMA, INC., a foreign Corporation, | ) ) ) ) | |
| Defendant. | ) | |

## **O R D E R**

This matter is pending before the Court on Defendant's Motion for Leave to File a Response to Plaintiff's Objection to the Magistrate Judge's Recommendation (Doc. 39). For good cause shown, it is

ORDERED that the Motion (Doc. 39) be and hereby is GRANTED and that on or before February 27, 2018, Defendant shall file its Response.

DONE this 20th day of February, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE