IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN W. WASHINGTON, as next Friend of MAE R. WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.2:17-cv-855-MHT-TFM [wo] |
| BIO-MEDICAL APPLICATIONS OF ALABAMA, INC., a foreign Corporation, | ) ) ) ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of Plaintiff's Motion for a Revised Scheduling Order (Doc. 60), it is

ORDERED that on or before July 16, 2018, counsel for the parties shall confer and file with the Court a proposed revised Scheduling Order which to the extent possible sets forth mutually agreeable dates for extension in this matter, including if necessary the date for trial.

DONE this 9th day of July, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

1