IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN W. WASHINGTON, as next Friend of MAE R. WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.2:17-cv-855-ECM-TFM [wo] |
| BIO-MEDICAL APPLICATIONS OF ALABAMA, INC., a foreign Corporation, | ) ) ) ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of Plaintiff's Motion to Compel filed August 17, 2018 (Doc. 70), it is

ORDERED that Defendant shall show cause on or before August 29, 2018 why this Motion is not due to be granted.

DONE this 17th day of August, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

1