IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN W. WASHINGTON, as next friend of Mae R. Washington,<br><br>　　Plaintiff,<br><br>v.<br><br>BIO-MEDICAL APPLICATIONS OF ALABAMA, INC.,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civ. Act. No.: 2:17-cv-855-ECM<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

Upon consideration of the parties' joint stipulation of dismissal (doc. 94), filed on May 3, 2019, which comports with FED.R.CIV.P. 41(a)(1)(A)(ii), this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close the case.

DONE this 7th day of May, 2019.

　　　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE